UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Christine Bergeron,

    Plaintiff

v.       Civil Action No. 1:16-cv-00184-LM

C & S Wholesale Grocers, Inc.,

    Defendant

## STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME the parties, by their counsel, and hereby stipulate that this action is dismissed, with prejudice and without costs or interest, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

CHRISTINE BERGERON,
By her attorneys,
ORR & RENO, P.A.,

Date: January 5, 2017     By:   /s/James F. Laboe
James F. Laboe, NHBA #14571
P.O. Box 3550
Concord, NH 03302-3550
603.224.2381
jlaboe@orr-reno.com

C & S WHOLESALE GROCERS, INC.,
By its attorneys,
JACKSON LEWIS P.C.,

Date:   January 5, 2017     By:   /s/Debra Weiss Ford
Debra Weiss Ford, NHBA #2687
K. Joshua Scott, NHBA #17479
100 International Drive, Suite 363
Portsmouth, NH 03801
603.559.2700
debra.ford@jacksonlewis.com
joshua.scott@jacksonlewis.com